(May 17, 1948.)

SYLVIA BENINTENDI, Respondent, v. MARIE BENINTENDI, as Administratrix of the Estate of JAMES V. BENINTENDI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 969.]

GRACE E. CONNOLLY, Appellant-Respondent, v. ROSALIE JONES et al., as Sole Surviving Executrices and Trustees under the Will of MARY E. JONES, Deceased, et al., Respondents; T. EVERETT C. TUTHILL, et al., Individually and as Members of Board of Supervisors of the County of Suffolk, et al., Appellants, et al., Defendants.— Motions for leave to appeal to the Court of Appeals granted. The following questions are certified: (1) Was the order of the Special Term dated June 30, 1947, resettling an order dated May 15, 1947, and dismissing the complaint as against defendants Rosalie Jones and Louise E. Jones, as sole surviving executrices and trustees under the last will and testament of Mary E. Jones, deceased, properly made? (2) Was the order of the Special Term dated May 15, 1947, granting a motion by defendant Town of Huntington to dismiss the complaint as against it, properly made? (3) Was the order of the Special Term dated May 15, 1947, denying a motion by defendants-appellants T. Everett C. Tuthill, et al., individually and as members of the Board of Supervisors, and Milton L. Burns, as County Treasurer, to dismiss the complaint as against them, properly made? Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 904.]

PATSY V. CROCE, Appellant, v. VILLAGE OF BRONXVILLE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 904.]

FRANCIS J. FLANAGAN et al., as Executors of JOSEPH A. FLANAGAN, Deceased, Appellants, v. JOHN J. FLANAGAN, Individually and as Administrator of the Estate of MARY E. FLANAGAN, Deceased, et al., Respondents.— The motion is referred to the court that rendered the decision. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. Motion for reargument granted and on reargument the motion for leave to appeal to the Court of Appeals is granted. The following question is certified: Was the judgment of the Special Term, insofar as it is contained in the last seven decretal paragraphs thereof relating to the counterclaims of the defendants, properly made? Present — Lewis, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, pp. 918, 1008.]

RUTH GORDON, Appellant, v. ESTHER KAHN, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ.

HEMMERDINGER ESTATE CORPORATION, Respondent, v. STAHL BROTHERS CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ.

In the Matter of ALEX A. FABRICANT et al., Respondents, against CITY OF NEW YORK, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Nolan, Sneed and Wenzel, JJ. [See *ante*, p. 975.]